CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2011

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CRAYTON EDWARD MCELVEEN, | ) | Civil Action No. 7:11cv00431 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| HOWARD CLARK, et al., | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

Crayton Edward McElveen, a Virginia inmate proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. McElveen also requests to proceed in forma pauperis and the court grants that request. However, the court finds that McElveen has not stated a claim upon which relief may be granted and, therefore, dismisses this action without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

To state a claim for relief under §1983, a plaintiff must allege facts indicating that he has been deprived of rights guaranteed by the Constitution or laws of the United States and that this deprivation resulted from conduct committed by a person acting under color of state law. West v. Atkins, 487 U.S. 42 (1988). McElveen's complaint is wholly incomprehensible and, at best, his allegations are far too vague and conclusory to state a cognizable constitutional claim against anyone. Accordingly, the court finds that McElveen has failed to state a constitutional claim upon which relief may be granted and, therefore, the court dismisses his complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

ENTER: This 13th day of September, 2011.

/s/ Samuel G. Wilson
United States District Court