CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 13 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CRAYTON EDWARD MCELVEEN,<br>Plaintiff, | ) ) ) | Civil Action No. 7:11cv00431 |
| v. | ) ) | **FINAL ORDER** |
| HOWARD CLARK, et al.,<br>Defendants. | ) ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ADJUDGED AND ORDERED

that McElveen's request to proceed in forma pauperis is **GRANTED**, this action shall be and hereby is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), McElveen's request for preliminary injunctive relief is **DENIED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This 13th day of September, 2011.

/s/ Samuel G. Wilson
United States District Court